IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTOPHER V. MARTINEZ,

Plaintiff,

Case No. 3:26-cv-240

v.

WOEBER MUSTARD
MANUFACTURING COMPANY,

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 3); (2) DENYING PLAINTIFF'S IN FORMA PAUPERIS APPLICATION (Doc. No. 1); (3) ORDERING PLAINTIFF TO PAY THE FILING FEE AND ADMINISTRATIVE FEE BY NOVEMBER 20, 2026; AND (4) PUTTING PLAINTIFF ON NOTICE THAT SHOULD HE NOT PAY THE REQUIRED FEES, HIS CASE MAY BE DISMISSED**

---

Plaintiff Christopher V. Martinez brings this case *pro se*[1] under an application to proceed *in forma pauperis* ("IFP") against Defendant Woeber Mustard Manufacturing Company. Doc. No 1-1. On July 27, 2026, United States Magistrate Judge Caroline Gentry issued a Report and Recommendation ("R&R") in which she recommended that the Court deny Plaintiff's IFP application (Doc. No. 1). Doc. No. 2. Plaintiff has not filed objections to the R&R and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Upon careful review of the foregoing, the Court concludes that the R&R is well-reasoned, cogently written, and not "clearly erroneous or … contrary to law." 28 U.S.C. § 636(b)(1)(A).

Accordingly, the Court **ADOPTS** the R&R in its entirety. As such, the Court **ORDERS** Plaintiff to pay $405 (the $350 filing fee plus a $55 administrative fee) in full by **November 20,**

---

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

**2026**. Plaintiff is hereby **ON NOTICE** that, should he not pay the required fees by **November 20, 2026**, his case may be dismissed.

**IT IS SO ORDERED.**

November 12, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge